IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | CASE NO: 1:21-mj-3256-TMP |
| | ) | |
| | ) | MAGISTRATE JUDGE |
| DAVID BAILEY, | ) | THOMAS M. PARKER |
| | ) | |
| Petitioner. | ) | |
| | ) | **UNDER SEAL** |
| | ) | |
| | ) | <u>ORDER TO SEAL</u> |

Upon motion of the United States of America, and for good cause shown, the case and all accompanying documents issued are hereby sealed and shall remain sealed until further order of this Court.

IT IS SO ORDERED.

<u>9/7/2021</u>
Date

Thomas M. Parker, United States Magistrate Judge